1  Randal R. Leonard, Esq.
   Nevada Bar No. 006716
   500 South 8th Street
2  Las Vegas, NV 89101
   (702) 598-3667
3  Attorney for Debtor

4
                 **UNITED STATES BANKRUPTCY COURT**
5
                        **DISTRICT OF NEVADA**
6                                          Case No.: BK-S-09-16112-MKN
   In re:
7                                          Chapter 13
   DOUGLAS A. CARLSON,
8                                          **MOTION TO AVOID LIEN**
        Debtor.
9                                          Hearing Date: November 19, 2009
                                           Hearing Time: 2:30 p.m.
10

11       COMES NOW Debtor(s) DOUGLAS A. CARLSON, by and through counsel, Randal R.

12  Leonard, Esq., and hereby moves that this Court enter an Order avoiding the lien in second

13  position against that property commonly known as 1432 Desert Ridge Ave., North Las Vegas,

14  NV 89031 in favor of CitiMortgage. This Motion is based upon the pleadings and papers in file

15  herein and the Memorandum of Points and Authorities attached hereto.

16       Dated this 20th day of October 2009.

17

18

19
                                 *Randal R. Leonard, Esq.*
20                               Randal R. Leonard, Esq.
                                 Nevada Bar No. 006716
21                               509 South Seventh Street
                                 Las Vegas, NV 89101
22                               (702) 598-3667
                                 Attorney for Debtor
23

24

25

                                   -1-

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF THE FACTS

Debtor filed the instant matter on or about April 22, 2009. Kathleen Leavitt was duly appointed as the Trustee in this matter.

On or about February 16, 2007 Debtor purchased that certain real property commonly known as 1432 Desert Ridge Ave., North Las Vegas, NV 89031 for a total purchase price of $260,000. A true and correct copy of the deed transferring said property to Debtor is attached as Exhibit A. In order to purchase the above property, Debtor signed a Note secured by a Deed of Trust in first position in favor of HBSC Bank USA, its successors or assigns (hereinafter "HBSC"). The total amount owing the 1st is $207,876.52. Please see HBSC's Proof of Claims attached hereto as Exhibit B. Debtor also signed a Note secured by a Deed of Trust in second position in favor of CitiMortgage as well. The total amount owing the 2nd is approximately S51,496.00. Please see CitiMortgage's most recent statement attached hereto as Exhibit C.

Debtor recently employed Vegas Valley Appraisers to appraise the subject property. The appraisal is attached as Exhibit D and was determined to be $83,000.00. Therefore, because the Note in first position is owed approximately $207,876.52 as according to the Proof of Claim attached as Exhibit B, the Note in second position held by CitiMortgage is wholly unsecured.

\\

\\

\\

\\

-2-

## II.

### CITIMORTGAGE DOES NOT HAVE A SECURED CLAIM REGARDING THEIR LOAN IN SECOND POSITION

11 U.S.C. § 506(a) bifurcates a creditor's allowed secured claim into two parts: (1) secured to the extent of the value of the property to which the creditor's interest attached; and (2) unsecured to the extent the claim exceeds the value of the underlying property. Therefore, not all secured interests will be "secured claims" in bankruptcy cases. In re Zimmer, 313 F.3d 1220 (9th Cir. 2002). Additionally, the Zimmer case holds that if the value of the first lien secured by real property is more than the value of the property itself, then the second lien is wholly unsecured and may be stripped off. Id.

In this matter, HBSC holds the lien in first position against the Debtor's property commonly known as 1432 Desert Ridge Ave., North Las Vegas, NV 89031. The principal balance owing to HBSC is $207,876.52. CitiMortgage also holds a lien in second position against the above property and the principal balance owing on the second lien is $51,496.00. Since the appraisal of the subject property is $83,000.00 and is less than the amount owed to the first lien in this case held in favor of HBSC, then the second lien in favor of CitiMortgage is wholly unsecured and can be "stripped off."

## III.

### CITIMORTGAGE'S LIEN IN SECOND POSITION IS VOID

11 U.S.C. § 506(d) states in relevant part as follows:

> (d) To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void, unless-
> > (1) such claim was disallowed only under section 502(b)(5) or 502(e) of this title; or
> > (2) such claim is not an allowed secured claim due only to the failure of any entity to file a proof of such claim under section 501 of this title.

As a result of the fact that CitiMortgage's lien in second position is not an allowed

secured claim under section 506(a), section 506(d) would therefore render the lien void.

## IV.

## CITIMORTGAGE'S CONTRACT RIGHTS MAY BE MODIFIED THROUGH DEBTOR'S CHAPTER 13 PLAN

11 U.S.C. § 1322(b)(2) allows a debtor to modify the rights of secured claim holders

except those secured claim holders who have claims secured by the debtor's principal residence.

Nevertheless, the Zimmer case cited above allows a debtor to modify the rights of those claims

that are wholly unsecured even where the lien question is against the debtor's principal

residence.

In conclusion, Debtor respectfully requests that the Court allow the Debtor to treat

CitiMortgage's lien in second position as a wholly unsecured claim.  Further, Debtor respectfully

requests that the Court enter an Order that CitiMortgage's lien in second position have no further

force or effect against that certain real property commonly known as 1432 Desert Ridge Ave.,

North Las Vegas, NV 89031.

Dated this 20th day of October 2009.


*Randal R. Leonard, Esq.*
Randal R. Leonard, Esq.
Nevada Bar No. 006716
509 South Seventh Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtor

-4-

# EXHIBIT A

(3) -1

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
20070216-0000571

| | |
|---|---|
| A.P.N. # | 124-28-318-002 |
| Escrow No. | 270286-DJ |
| R.P.P.T. | $1,326.00 |

Recording Requested By:

3

| Mail Tax Statements To: | Same as below |
|---|---|
| When Recorded Mail To: | |

DOUGLAS A. CARLSON
1432 DESERT RIDGE AVE.
NORTH LAS VEGAS, NV  89031

Fee: $15.00    RPTT: $1,326.00
N/C Fee: $0.00

02/16/2007        09:09:12
T20070028700
Requestor:
  NATIONAL TITLE COMPANY

Debbie Conway            STN
Clark County Recorder   Pgs: 3

## GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH:  That DESERT CASITAS MANAGEMENT LLC

for valuable consideration, the receipt of which is hereby acknowledged, does hereby Grant, Bargain
Sell and Convey to DOUGLAS CARLSON  A. CARLSON,  A SINGLE MAN

all that real property situated in the County of Clark, State of Nevada, bounded and described as
follows:

See Exhibit "A" attached hereto and by reference made a part hereof for complete legal description.
  SUBJECT TO:
  1.  Taxes for fiscal year 2006-2007;
  2.  Reservations, restrictions, conditions, rights, rights of way and easements, if any of record on
      said premises.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or
in anywise appertaining, and any reversions, remainders, rents, issues or profits thereof.

Dated:  11-2006

DESERT CASITAS MANAGEMENT
LLC
BY: GARY A. NILIS              BY: Anna Maria D. Nilis

State of Nevada          }
                         } ss.
County of Clark          }
This instrument was acknowledged before me on  11/20/06
GARY A NILIS  &  Anna Maria D. Nilis
Signature: _____
          Notary Public

Notary Public - State of Nevada
County of Clark
D. JONES
My Appointment Expires
No: 99-55054-1  September 4, 2007

## EXHIBIT "A"

The land referred to herein situate in the State of Nevada, County of Clark, described as follows:

Lot Twenty-one (21) in Block Twenty-seven (27) of ELDORADO - RCL UNIT NO. 2, as shown by map thereof on file in Book 44 of Plats, Page 37, and as amended by Certificates of Amendment recorded January 11, 1990 in Book 900111 as Document No. 01100, recorded August 20, 1990 in Book 900820 as Document No. 00801, and recorded September 29, 1995, in Book 950929 as Document No. 02968, in the Office of the County Recorder of Clark County, Nevada

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)

   a)  124-28-318-002

   b)  _____

   c)  _____

   d)  _____

| FOR RECORDER'S OPTIONAL USE ONLY | |
|---|---|
| Document/Instrument No. | |
| Book _____ | Page _____ |
| Date of Recording: _____ | |
| Notes: | |

2. Type of Property

   | | | | | |
   |---|---|---|---|---|
   | a) [ ] | Vacant Land | b) [X] | Single Family Residence |
   | c) [ ] | Condo/Twnhse | d) [ ] | 2-4 Plex |
   | e) [ ] | Apartment Bldg. | f) [ ] | Commercial/Industrial |
   | g) [ ] | Agricultural | h) [ ] | Mobile Home |
   | i) [ ] | Other _____ | | |

3. Total Value/Sales Price of Property _____ $260,000.00

   Deed in Lieu of Foreclosure Only (Value of Property)  ( _____ )

   Transfer Tax Value _____

   Real Property Transfer Tax Due: _____ $ 1,326.00

4. **If Exemption Claimed:**

   a.  Transfer Tax Exemption, per NRS 375.090, Section: _____

   b.  Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the disallowance of any claimed exemption or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month.

Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature: _____  Capacity: _____ Grantor _____
           DESERT CASITAS MANAGEMENT LLC

Signature: _____  Capacity: _____ Grantee _____
           DOUGLAS CARLSON

**SELLER (GRANTOR) INFORMATION**

Print Name: Desert Casitas Management

Address: PO Box 33953

City/State/Zip: Las Vegas, NV 89133

**BUYER (GRANTEE) INFORMATION**

Print Name: Douglas Carlson

Address: 14320 Desert Ridge Ave.

City/State/Zip: N. Las Vegas, NV 89031

**COMPANY/PERSON REQUESTING RECORDING (required if not the Seller or Buyer)**

Company Name: National Title Co          Escrow No  270286-DJ

Address: 7251 West Lake Mead Blvd, Ste 350

City  Las Vegas          State: NV          Zip  89128



# EXHIBIT B

Case 09-16112-mkn    Claim 2-1    Filed 05/01/09    Page 1 of 26

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEVADA | PROOF OF CLAIM 13 |
|---|---|

| Name of Debtor:<br>Douglas A. Carlson | Case Number:<br>09-16112-mkn | (This space for court use) |
|---|---|---|

NOTE: This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br><br>**HSBC Bank USA, as Trustee for MANA 2007-AF1**<br><br>Name & address where notices and payments should be sent:<br>America's Servicing Company as servicer for<br>One Home Campus, MAC# X2302-01B<br>Des Moines, IA 50328 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
|---|---|

| Account or other number by which creditor identifies debtor:  135100101(r)-(4)-72607 | Check here if this claim<br>☐ replaces    ☐ amends    a previously filed claim, dated: |
|---|---|

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- X Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (FILL OUT BELOW)
Your Social Security #
Unpaid compensation for services performed from
_____ (date) to _____ (date)

**2.** Date debt was incurred: February 15, 2007

**3.** If court judgment, date obtained:

**4. Total amount of claim at time case filed:  $207,876.52**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim.**
X Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of collateral:
X Real Estate    ☐ Motor Vehicle
☐ Other

Amount of arrearage and other charges at time case filed included in secured claim, if any:

**$29,668.71***
* Arrearages, as set forth in Schedule "A" attached.
Plus accruing interest, late charges.

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650*) earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).
☐ OTHER - Specify applicable paragraph of 11 U.S.C. §507(a)(___).
* Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

*This space for court use*

Date:  April 30, 2009
_____
MILLER & ASSOCIATES, counsel for creditor

*Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# EXHIBIT C

FROM :Check City N500          FAX NO. :7028766659          Oct. 18 2009 01:51PM P2

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

## Authorization Agreement

1  Check One:  ☐ Please debit my Checking Account (Attach a voided check)
               ☐ Please debit my Savings Account (Attach a deposit slip)

   Financial Institution Account to be debited: _____

2  Financial Institution _____

   Financial Institution Address _____

   Signature of Financial Institution Account Holder _____

   Date _____

3  Mortgage Account # _____

4  You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

   No Fee Circle Due Date 1day 2day 3day 4day 5day 6day 7day 8day 9day
   $13.00 Monthly Fee Circle 10day 11day 12day 13day 14day 15day

   Additional Principal Per Month (Optional) $ _____

   Additional Escrow per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

Customer Service
1-800-283-7918*
Monday - Friday
8:00 a.m.-12:00 Midnight ET
Saturday
9:00 a.m.-6:00 p.m. ET

Collections
1-800-723-7906
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2007 CitiMortgage, Inc. CitiMortgage, Inc. uses business as Citicorp Mortgage in NY; CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank NA, as an equal lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

Regular Payments
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

Air Express Payments
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 8917

Insurance Claim Center
CitiMortgage, Inc.
PO Box 6655
Springfield, OH 45501-6655

Property Insurance Correspondence
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

Tax Bills
CitiMortgage, Inc.
PO Box 25609
Rochester, NY 14692

Assumption Inquiries
CitiMortgage, Inc.
Mail Stop CID35
700 Galeria Officentre, Suite 300
Southfield, MI 48034-6409

Account Inquiries/Credit Bureau Disputes
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

Air Express Correspondence
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

Visit www.citimortgage.com today!

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 8:00 a.m. and 12:00 Midnight ET and Saturday between the hours of 9:00 a.m. and 6:00 p.m. ET.

For Residential Customers Only: PURSUANT TO 6 § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC, ATTN CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

1-800-MORTGAGE (667-8424)
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

Online Payments: You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

E-Z Pay: Your mortgage payments can be withdrawn automatically from your bank.

Phone Payments: Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

The Bi-Weekly Advantage™ Plan: You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-622-9002* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

_(form fields illegible)_

FROM :Check City N500                     FAX NO. :7028766659            Oct. 18 2029 01:50PM  P1

# citimortgage

## MORTGAGE ACCOUNT STATEMENT

### Account Information

Statement Date: 03/18/08
Property Address: 1432 DESERT RIDGE AV
NORTH LAS VEGAS NV 89031-0000

ACCOUNT NUMBER: 0771512258-5

| | |
|---|---|
| Type of Mortgage | FRHEL W/15 YR BLN |
| Principal Balance | $51,496.69 |
| Extension Interest | $1,265.96 |
| Interest Rate | 14.75000% |
| Interest Year to Date | $833.15 |

Page 1 of 2

Take command of your mortgage - Visit Today!
www.citimortgage.com
Customer service 1-800-283-7918
*Calls are recorded or monitored and recorded to ensure quality service.
Would you like to receive and make your mortgage payment?
Sign up for EZ Pay today!

SIS0071D-264160782008AE05-03/18/08-357-008882-1

DOUGLAS A CARLBON
1432 DESERT RIDGE AVE
N LAS VEGAS NV 89031-5003

### Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | | 04/01/08 |
| Principal | | $14.22 |
| Interest | | $632.91 |
| Total Mortgage Payment | | $847.13 |
| Delinquency Expenses | | $34.00 |
| Late Charge | | $64.70 |
| Past Due Amount | | $847.13 |
| Total Amount | | $1,442.96 |

Your payment was not received by statement date. Late charge of $32.35 was added on 03/16/08. Please send total amount due.

Extension interest occurs when we have agreed to allow you to postpone making, until a later date, a payment that was due or approaching its due date. We refer to this as a payment extension. Unpaid interest on your account that has accrued up to the date of the extension is deferred, to be collected at a later date.

For routine questions regarding the servicing of your mortgage loan, please call our Customer Service department at 1-800-283-7918.
If you have a complaint or concern that you have been subjected to unfair lending practices in relation to a mortgage loan or other financial product or service that you obtained through our company or a third party, please call our Fair Lending Hotline at 1-866-309-1054.

Delinquency expenses are third-party expenses such as property inspection fees, property preservation costs, appraisal costs, and attorney fees incurred by CMI as a result of default.

### Monthly Highlights

Put your past due bill behind you. Your tax refund could make it happen. Your tax refund can help reduce this debt and help you get off to a fresh start when you put it toward your bill. Even if you're not getting a refund this year, call us. We may have payment options that meet your personal needs. Call 1-866-749-0199* to talk about one that may work for you.

Now you can view your Year End Statement online. Simply visit www.citimortgage.com and sign on. It's that easy!

---

### Detach and return the bottom portion with payment. Retain the top portion for your records.

Account Number: 0771512258-5

DOUGLAS A CARLSON
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 6006
THE LAKES NV 88901-6006

| | Due Date: | Total Amount Due: |
|---|---|---|
| See detail below. | 04/01/08 | $1,442.96 |

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| If payment received after: 04/16/08 Add late charge of: $32.35 | $ |
| Additional Monthly Payment | $ |
| Total Amount Enclosed | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

# EXHIBIT D

| Borrower | n/a | | | | File No. 908-07 |
| Property Address | 1432 Desert Ridge Ave | | | | |
| City | North Las Vegas | County | Clark | State | NV | Zip Code | 89031-5003 |
| Client | Douglas Carlson | | | | |



08/18/2009

1432 Desert Ridge Ave
Eldorado-RCL Unit #2 Plat Book 44 Page 37 Lot 21 Block 27
North Las Vegas , NV 89031-5003

N/A
1432 Desert Ridge Avenue
North Las Vegas , NV 89081

GP Residential .................................................................................................... 1
GP Residential Certifications Addendum ............................................................. 4
Market Conditions Addendum to the Appraisal Report ....................................... 6
market area trend ................................................................................................ 7
Subject Photos .................................................................................................... 8
Photograph Addendum ........................................................................................ 9
Comparable Photos 1-3 ....................................................................................... 10
Location Map ....................................................................................................... 11
Plat Map .............................................................................................................. 12
Invoice ................................................................................................................. 13

Shawn Kinney

File No. 908-07   Page #1

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 908-07

**SUBJECT**

| Property Address: 1432 Desert Ridge Ave | City: North Las Vegas | State: NV | Zip Code: 89031-5003 |
|---|---|---|---|
| County: Clark | | | |

Legal Description: Eldorado-RCL Unit #2 Plat Book 44 Page 37 Lot 21 Block 27

Assessor's Parcel #: 124-28-318-002

Tax Year: 2009   R.E. Taxes: $ 1,873.46   Special Assessments: $ 0   Borrower (if applicable): n/a

Current Owner of Record: Carlson   Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☒ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe) H.O.A.   HOA: $ 10.00 ☐ per year ☒ per month

Market Area Name: Eldorado-RCL   Map Reference: 24-E4   Census Tract: 0036.06

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: Market Value for the use in Bankruptcy Court.

Intended User(s) (by name or type): Douglas Carlson , Randal R. Lenard Attorney At Law.

Client: Douglas Carlson   Address: 1432 Desert Ridge Avenue , North Las Vegas , NJ 89031

Appraiser: Shawn Kinney   Address: 5604 Distant Drum , North Las Vegas , NV 89081

**MARKET AREA DESCRIPTION**

| Location: ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Built up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE | One-Unit 80 % | ☒ Not Likely |
| Growth rate: ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | | | 2-4 Unit 5 % | ☐ Likely * ☐ In Process * |
| Property values: ☐ Increasing ☐ Stable ☒ Declining | ☐ Tenant | 65 Low 9 | | Multi-Unit 5 % | * To: |
| Demand/supply: ☐ Shortage ☐ In Balance ☒ Over Supply | ☐ Vacant (0-5%) | 155 High 19 | | Commercial 5 % | |
| Marketing time: ☐ Under 3 Mos. ☐ 3-6 Mos. ☒ Over 6 Mos. | ☒ Vacant (>5%) | 105 Pred. 12 | | Other 5 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):   Market Area boundaries are Deer Springs Way on the North, Washburn Road on the South, N 5th Street on the East, and Simmons Street on the West.

The subject's market area declined aprox. 65% from 08/2008-07/2009 based on a value trend of comparable properties. New construction activity has slowed as REO properties increased in the market. Unemployment rate for Las Vegas May of 09 was 11.1%, job growth is down 6.5%. U.S average unemployment rate as of May of 09 was 9.4%, job growth was down 4.1%.

See Market Conditions Addendum for detailed description.

**SITE DESCRIPTION**

Dimensions: 60 X 90 per assessor   Site Area: 0.12 acres +/-

Zoning Classification: O-L/DA   Description: Open Land/Development Agreement (O-L/DA)

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Ground Rent (if applicable) $

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: single family residential   Use as appraised in this report: single family residential

Summary of Highest & Best Use: N/A. The subject is being Appraised AS-IS in it's current use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | flat |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | typical for area | Street | asphalt | ☒ | ☐ | Size | .12 +/- Acre. |
| Gas | ☒ | ☐ | typical for area | Curb/Gutter | concrete | ☒ | ☐ | Shape | interior/rectangular |
| Water | ☒ | ☐ | typical for area | Sidewalk | concrete | ☒ | ☐ | Drainage | appears adequate |
| Sanitary Sewer | ☒ | ☐ | typical for area | Street Lights | mercury vapor | ☒ | ☐ | View | neighborhood |
| Storm Sewer | ☒ | ☐ | typical for area | Alley | n/a | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☒ Other (describe) overhead power lines

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 32003C1768E   FEMA Map Date 9/27/2002

Site Comments: Typical site improvements for the area.

**DESCRIPTION OF THE IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating |
|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | concrete slab | Slab | concrete | Area Sq. Ft. | n/a | Type fwa |
| # of Stories | 1 | Exterior Walls | frame stucco | Crawl Space | n/a | % Finished | n/a | Fuel gas |
| Type ☒ Det. ☐ Att. | | Roof Surface | concrete tile | Basement | n/a | Ceiling | | |
| Design (Style) traditional 1story | | Gutters & Dwnspts. | metal | Sump Pump | n/a | Walls | | Cooling |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | alum'm slider | Dampness | n/a | Floor | | Central X |
| Actual Age (Yrs.) | 19 | Storm/Screens | woven mesh | Settlement | none visible | Outside Entry | | Other |
| Effective Age (Yrs.) | 7 | | | Infestation | none visible | | | |

| Interior Description | | Appliances | | Attic | None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | tile-carpet/average | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # 1 | Woodstove(s) # | Garage # of cars ( 2 Tot.) |
| Walls | drywall/average | Range/Oven | ☒ | Drop Stair | ☐ | Patio covered | | Attach 2 cars |
| Trim/Finish | wood/paint/average | Disposal | ☒ | Scuttle | ☒ | Deck n/a | | Detach |
| Bath Floor | tile/average | Dishwasher | ☒ | Doorway | ☐ | Porch covered | | Built-In |
| Bath Wainscot | fiberglass/average | Fan/Hood | ☒ | Floor | ☐ | Fence concrete block | | Carport |
| Doors | hollow core/average | Microwave | ☐ | Heated | ☐ | Pool n/a | | Driveway x 2-cars |
| | | Washer/Dryer | ☒ | Finished | ☐ | | | Surface concrete |

Finished area above grade contains: 5 Rooms   3 Bedrooms   2 Bath(s)   1,363 Square Feet of Gross Living Area Above Grade

Additional features: tile flooring, tile face fireplace, tile kitchen counters, and a finished garage with an automatic door opener.

Describe the condition of the property (including physical, functional and external obsolescence):   The improvements are noted to be in average condition with no physical, functional or external inadequacies noted. The subject's effective age is based on the current condition of the house as of the inspection date. The subject's roof appears to be in average condition, with no visible damage form the street. Utilities were on.

**GP RESIDENTIAL**   Copyright 2007 by a la mode, Inc. This form may be reproduced unmodified without written permission, however, a la mode, Inc. must be acknowledged and credited.

Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

File No. 908-07

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 908-07

GP RESIDENTIAL   Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

## TRANSFER HISTORY

My research [x] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): MLS/Clark County Assessor

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: No other prior sales or transfers of the |
|---|---|
| Date: 02/16/2007 | subject property within three years of the appraisal. |
| Price: $260,000 | |
| Source(s): MLS | |

| 2nc Prior Subject Sale/Transfer | |
|---|---|
| Date: n/a | |
| Price | |
| Source(s): | |

## SALES COMPARISON APPROACH

SALES COMPARISON APPROACH TO VALUE (if developed) [ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1452 Desert Ridge Ave | 1932 Tiger Circle | | 5230 Olive Dale Court | | 109 Beaver Ridge Avenue | |
| | North Las Vegas, NV 89031-5003 | North Las Vegas, NV 89031-0706 | | North Las Vegas, NV 89031-7953 | | North Las Vegas, NV 89031-7955 | |
| Proximity to Subject | | 0.96 miles SW | | 1.25 miles SW | | 1.35 miles SE | |
| Sale Price | $ | $ | 66,000 | $ | 99,900 | $ | 66,000 |
| Sale Price/GLA | $ :sq.ft | $ 61.64 :sq.ft | | $ 78.29 :sq.ft | | $ 62.59 :sq.ft | |
| Data Source(s) | | MLS#945342 CDom 224+/- | | MLS#950459 Cdom 28+/- | | MLS#951370 Cdom 27+/- | |
| Verification Source(s) | | Doc#20090721:02641 | | Doc#20090731:02702 | | Doc#20090729:01251 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | cash | | cash | | cash | |
| Concessions | N/A | $0 typical | | $0 typical | | $0 typical | |
| Date of Sale/Time | | 07/21/2009 | | 07/31/2009 | | 07/29/2009 | |
| Rights Appraised | fee simple | fee simple | | fee simple | | fee simple | |
| Location | average | average | | average | | average | |
| Site | 0.12 acres +/- | 0.17 acres +/- | 0 | 0.14 acres +/- | 0 | 0.14 acres +/- | 0 |
| View | neighborhood | neighborhood | | neighborhood | | neighborhood | |
| Design (Style) | traditional 1story | traditional 1story | | traditional 1story | | traditional 1story | |
| Quality of Construction | average | average | | average | | average | |
| Age | 19 | 10 | | 12 | | 12 | |
| Condition | average | average | | good(remodeled) | -15,000 | average | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5  3  2 | 5  3  2 | | 5  3  2 | | 5  3  2 | |
| Gross Living Area | 1,363 sq.ft. | 1,379 sq.ft. | 0 | 1,276 sq.ft. | 0 | 1,374 sq.ft. | 0 |
| Basement & Finished | n/a | n/a | | n/a | | n/a | |
| Rooms Below Grade | n/a | none | | none | | none | |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | fwa/central | fwa/central | | fwa/central | | fwa/central | |
| Energy Efficient Items | standard | standard | | standard | | standard | |
| Garage/Carport | 2-garage | 2-garage | | 2-garage | | 2-garage | |
| Porch/Patio/Deck | covporch/covpatio | covporch/covpatio | | covporch/patio | 0 | covporch/covpatio | 0 |
| Amenities | upgraded | similar | | similar | | similar | |
| market condition/cont date | dealing | 07/08/2009 | -2,600 | 07/16/2009 | -3,000 | 07/15/2009 | -2,600 |
| bank owned/short sale | owner occupied | bank sale | | owner sale | | bank sale | |
| Net Adjustment (Total) | | [ ] + [x] - $ | -2,600 | [ ] + [x] - $ | -18,000 | [ ] + [x] - $ | -2,600 |
| Adjusted Sale Price | | Net 3.1 % | | Net 18.0 % | | Net 3.9 % | |
| of Comparables | | Gross 3.1 % $ 82,400 | | Gross 18.0 % $ 81,900 | | Gross 3.9 % $ 63,400 | |

Summary of Sales Comparison Approach   The comparables used are considered to be in the subject's market area. As by definition, market area it is not limited to a one mile but is the area in which alternative, similar properties effective compete with the subject property in the minds of probable, potential purchasers and users. The comparables selected were most recent sales within the subject's market area and are of similar quality of construction, design, utility and market appeal of the subject.

No personal property was attributed to the final estimated market value of the subject property.

Declining market adjustment based on contract dates of the comparables.

All comparables were given consideration in the final reconciliation of the Sales Comparison Approach.

Adjustments are extracted from the market and are rounded.  * When no adjustment is made for differences between the subject and the comparables it is represented by a 0. That indicates that no clearly specific dollar amount was demonstrated in the current market. Adjustments that could not be quantified with a dollar amount are not ignored but given consideration in the final reconciliation of the estimated market value for the subject property.

The greatest influence on sale prices in the current market is the condition of the property and the allowable marketing time by the owner. Some adjustments could not be extracted from the market, there was no apparent willingness of the typical buyer to pay more for some minor differences in the current market. (slight difference in gla or site size, or lack of a covered patio)

Indicated Value by Sales Comparison Approach $ 83,000

File No. 903-07: Page #3

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 903-07

| COST APPROACH TO VALUE (if developed) | [x] The Cost Approach was not developed for this appraisal. |
|---|---|

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):      N/A

| ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data: | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service:        Effective date of cost data: | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less     Physical | Functional | External |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| | | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required):        Years | INDICATED VALUE BY COST APPROACH | | =$ |

| INCOME APPROACH TO VALUE (if developed) | [x] The Income Approach was not developed for this appraisal. |
|---|---|
| Estimated Monthly Market Rent $            X Gross Rent Multiplier       = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM):

**PROJECT INFORMATION FOR PUDs (if applicable)**      [ ] The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 83,000        Cost Approach (if developed) $ n/a        Income Approach (if developed) $ n/a

Final Reconciliation  The Sales Comparison approach is the most accurate form of appraisal technique in developing market value for SFR properties thus was the only one developed. The cost approach has been deemed not applicable thus was not developed. Income approach is deemed not applicable thus was not developed. This in a non FRT(Federally rated transaction) transaction.

This appraisal is made [x] "as is", [ ] subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, [ ] subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

[ ] This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $       83,000       , as of:       08/19/2009       , which is the effective date of this appraisal. If indicated above, my Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains  13  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| [x] Scope of Work | [x] Limiting Cond./Certifications | [ ] Narrative Addendum | [x] Photograph Addenda | [x] Certification pages |
|---|---|---|---|---|
| [x] Map Addenda | [ ] Additional Sales | [ ] Cost Addendum | [ ] Flood Addendum | [x] Table of contents |
| [x] Hypothetical Conditions | [x] Extraordinary Assumptions | [x] 1 Trend Chart | [ ] sketch | [x] market conditon form |

Client Contact:  Douglas Carlson        Client Name:  Douglas Carlson

E-Mail:  fivestarinterior@yahoo.com        Address:  1432 Desert Ridge Avenue , North Las Vegas , NV 89031

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser: Shawn Krusey | Supervisory or Co-Appraiser Name: |
| Company: Vegas Valley Appraisers | Company: |
| Phone: (702) 951-7573     Fax: (702) 951-5579 | Phone:       Fax: |
| E-Mail: smkrw@vegasvalleyappraisers.com | E-Mail: |
| Date of Report (Signature): August 28, 2009 | Date of Report (Signature): |
| License or Certification #: A.0007562-CR     State: NV | License or Certification #:       State: |
| Designation: n/a | Designation: |
| Expiration Date of License or Certification: 10/31/2009 | Expiration Date of License or Certification: |
| Inspection of Subject: [x] Interior & Exterior [ ] Exterior Only [ ] None | Inspection of Subject: [ ] Interior & Exterior [ ] Exterior Only [ ] None |
| Date of Inspection: 08/19/2009 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE        3/2007

File No: 903-07  Page #4

## Assumptions, Limiting Conditions & Scope of Work

File No: 903-07

| Property Address: 1432 Desert Ridge Ave | | City: North Las Vegas | State: NV | Zip Code: 89031-5003 |
|---|---|---|---|---|
| Client: Douglas Carlson | | Address: 1432 Desert Ridge Avenue , North Las Vegas , NV 89031 | | |
| Appraiser: Shawn Kinney | | Address: 5604 Distant Drum , North Las Vegas , NV 89081 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

**The Scope of Work** is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                                           3/2007

File No. 908-07; Page #5

# Certifications

File No.: 908-07

| Property Address: 1432 Desert Ridge Ave | | City: North Las Vegas | State: NV | Zip Code: 89031-5003 |
|---|---|---|---|---|
| Client: Douglas Carlson | Address: | 1432 Desert Ridge Avenue , North Las Vegas , NV 89031 | | |
| Appraiser: Shawn Kinney | Address: | 5604 Distant Drum , North Las Vegas , NV 89081 | | |

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

— The statements of fact contained in this report are true and correct.

— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— My engagement in this assignment was not contingent upon developing or reporting predetermined results.

— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

## DEFINITION OF MARKET VALUE *:

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Douglas Carlson | | Client Name: Douglas Carlson | |
|---|---|---|---|
| E-Mail: fivestarintention@yahoo.com | Address: | 1432 Desert Ridge Avenue , North Las Vegas , NJ 89031 | |

<table>
<tr><th>APPRAISER</th><th>SUPERVISORY APPRAISER (if required)<br>or CO-APPRAISER (if applicable)</th></tr>
<tr><td>
Appraiser: Shawn Kinney<br>
Company: Vegas Valley Appraisers<br>
Phone: (702) 951-7573    Fax: (702) 951-5579<br>
E-Mail: shawn@vegasvalleyappraisers.com<br>
Date Report Signed: August 28, 2009<br>
License or Certification #: A.0007562-CR    State: NV<br>
Designation: n/a<br>
Expiration Date of License or Certification: 10/31/2009<br>
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None<br>
Date of Inspection: 08/19/2009
</td><td>
Supervisory or<br>
Co-Appraiser Name:<br>
Company:<br>
Phone:    Fax:<br>
E-Mail:<br>
Date Report Signed:<br>
License or Certification #:    State:<br>
Designation:<br>
Expiration Date of License or Certification:<br>
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None<br>
Date of Inspection:
</td></tr>
</table>

SIGNATURES

**GP RESIDENTIAL**

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

File No. 908-07 Page #8

## Market Conditions Addendum to the Appraisal Report

File No. 908-07

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 1432 Desert Ridge Ave | City North Las Vegas | State NV | ZIP Code 89031-5003 |
|---|---|---|---|---|

Borrower    n/a

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must reduce the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 32 | 21 | 26 | [ ] Increasing | [ ] Stable | [X] Declining |
| Absorption Rate (Total Sales/Months) | 5.33 | 7.00 | 8.67 | [X] Increasing | [ ] Stable | [ ] Declining |
| Total # of Comparable Active Listings | 134 | 21 | 26 | [ ] Declining | [ ] Stable | [X] Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 25.1 | 3.0 | 3.0 | [X] Declining | [ ] Stable | [ ] Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 125,000 | 95,000 | 86,000 | [ ] Increasing | [ ] Stable | [X] Declining |
| Median Comparable Sales Days on Market | 131 | 182 | 205 | [ ] Declining | [ ] Stable | [X] Increasing |
| Median Comparable List Price | 119,900 | 85,900 | 79,000 | [ ] Increasing | [ ] Stable | [X] Declining |
| Median Comparable Listings Days on Market | 181 | 103 | 59 | [X] Declining | [ ] Stable | [ ] Increasing |
| Median Sale Price as % of List Price | 104 | 111 | 109 | [ ] Increasing | [X] Stable | [ ] Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | [X] Yes | [ ] No | [ ] Declining | [X] Stable | [ ] Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.)    Seller concessions in the current market were ranging from 0-5% with a mean of 3%. Concessions prior 7-12 months mean of 3%, 4-6 months mean of 3%, current-3 months mean of 2%.

Are foreclosure sales (REO sales) a factor in the market?  [X] Yes  [ ] No   If yes, explain (including the trends in listings and sales of foreclosed properties).
Out of 79 comparable sales, 90% were listed as bank owned/short sales and Out of 31 comparable listings, 97% were listed as bank owned/short sales. Currently 31 comparable homes listed for sale, 17 are in contract and 17 are listed as vacant in the subject's market area. A majority of the pending sales are currently bank owned/short sales. Out of the 17 pending comparable sales 17 were listed as bank owned/short sale properties. The median list price for the pending/contingent sales is $79,900 with a median of 89 DOM.

Cite data sources for above information.    MLS/Clark County Assessor

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings to formulate your conclusions, provide both an explanation and support for your conclusions.
The subjects market area declined in the time period from 08/2008-08/2009 aprox. 37% based on contract dates of comparable properties. New construction activity has slowed as REO properties increased in the market. Neighborhood section is not on the form. It is the Market area section.

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | [ ] Increasing | [ ] Stable | [ ] Declining |
| Absorption Rate (Total Sales/Months) | | | | [ ] Increasing | [ ] Stable | [ ] Declining |
| Total # of Active Comparable Listings | | | | [ ] Declining | [ ] Stable | [ ] Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | [ ] Declining | [ ] Stable | [ ] Increasing |

Are foreclosure sales (REO sales) a factor in the project?  [ ] Yes  [ ] No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name  Shawn Kinney | | Supervisory Appraiser Name | |
| Company Name  Vegas Valley Appraisers | | Company Name | |
| Company Address  5604 Distant Drum, North Las Vegas , NV 89081 | | Company Address | |
| State License/Certification #  A.0007662-CR | State  NV | State License/Certification # | State |
| Email Address  shawn@vegasvalleyappraisers.com | | Email Address | |

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 908-371 Page #7

## 12 Month Market Area Value Trend(Comparable Properties)

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1432 Desert Ridge Ave | | | | | |
| City | North Las Vegas | County | Clark | State | NV | Zip Code 89031-5003 |
| Client | Douglas Carson | | | | | |



File No. 903-37  Page #8

## Subject Photo Page

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 1432 Desert Ridge Ave | | | | |
| City | North Las Vegas | County Clark | | State NV | Zip Code 89031-5003 |
| Client | Douglas Carson | | | | |



### Subject Front

1432 Desert Ridge Ave
Sales Price
Gross Living Area    1,363
Total Rooms          5
Total Bedrooms       3
Total Bathrooms      2
Location             average
View                 neighborhood
Site                 0.12 acres +/-
Quality              average
Age                  19



### Subject Rear



### Subject Street

File No. 009-07 Page #6

## Photograph Addendum

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 1432 Desert Ridge Ave | | | | |
| City | North Las Vegas | County | Clark | State | NV | Zip Code 89031-5003 |
| Client | Douglas Carson | | | | |



**bedroom**



**family room**



**kitchen**



**bathroom**



**Bathroom**

**n/a**

File No. 608-07  Page #12

## Comparable Photos #1-3

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1432 Desert Ridge Ave | | | | | |
| City | North Las Vegas | County | Clark | State | NV | Zip Code  89031-5003 |
| Client | Douglas Carlson | | | | | |



### Comparable 1

| | |
|---|---|
| 1932 Tiger Circle | |
| Prox. to Subject | 0.96 miles SW |
| Sales Price | 85,000 |
| Gross Living Area | 1,379 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | average |
| View | neighborhood |
| Site | 0.17 acres +/- |
| Quality | average |
| Age | 10 |



### Comparable 2

| | |
|---|---|
| 5230 Olive Dale Court | |
| Prox. to Subject | 1.25 miles SE |
| Sales Price | 99,900 |
| Gross Living Area | 1,276 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | average |
| View | neighborhood |
| Site | 0.14 acres +/- |
| Quality | average |
| Age | 12 |



### Comparable 3

| | |
|---|---|
| 109 Beaver Ridge Avenue | |
| Prox. to Subject | 1.35 miles SE |
| Sales Price | 26,000 |
| Gross Living Area | 1,374 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | average |
| View | neighborhood |
| Site | 0.14 acres +/- |
| Quality | average |
| Age | 12 |

File No. 003-07 | Page #11

## Location Map

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 1432 Desert Ridge Ave | | | | |
| City | North Las Vegas | County | Clark | State NV | Zip Code 69031-5003 |
| Client | Douglas Carlson | | | | |



File No. 908-07 | Page #12

## Plat Map

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1432 Desert Ridge Ave | | | | | | |
| City | North Las Vegas | County | Clark | State | NV | Zip Code | 89031-5003 |
| Client | Douglas Carlson | | | | | | |



Susan Kinney

File No. 908-07  Page #13

# INVOICE

**FROM:**

Vegas Valey Appraisers
5604 Distant Drum Road
North Las Vegas, NV 89081

Telephone Number: 702-951-7573     Fax Number: 702-951-5579

| INVOICE NUMBER |
|---|
| 908-07 |

| DATE |
|---|
| 08/19/2009 |

**TO:**

Douglas Carlson
Douglas Carlson
1432 Desert Ridge Avenue
North Las Vegas , NJ 89051

Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

| REFERENCE | |
|---|---|
| Internal Order #: | 908-07 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 908-07 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

Lender: N/A                                   Client: Douglas Carlson
Purchaser/Borrower: n/a
  Property Address: 1432 Desert Ridge Ave
            City: North Las Vegas
          County: Clark                    State: NV              Zip: 89031-5003
  Legal Description: Eldorado-RCL Unit #2 Plat Book 44 Page 37 Lot 21 Block 27

| FEES | AMOUNT |
|---|---|
| GP form | 250.00 |
| **SUBTOTAL** | 250.00 |

| PAYMENTS | | | AMOUNT |
|---|---|---|---|
| Check #: m.o. | Date: 08/19/2009 | Description: paid in full | 250.00 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 250.00 |
| | | **TOTAL DUE** | $        0 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please Return This Portion with Your Payment

**FROM:**

Douglas Carlson
Douglas Carlson
1432 Desert Ridge Avenue
North Las Vegas , NJ 89031

Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

| AMOUNT DUE: | $ _____ |
|---|---|
| AMOUNT ENCLOSED: | $ _____ |

| INVOICE NUMBER |
|---|
| 908-07 |

| DATE |
|---|
| 08/19/2009 |

**TO:**

Vegas Valey Appraisers
5604 Distant Drum Road
North Las Vegas, NV 89081

| REFERENCE | |
|---|---|
| Internal Order #: | 908-07 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 908-07 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE