Randal R. Leonard, Esq.
Nevada Bar No. 006716
509 South Seventh Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

DOUGLAS A. CARLSON,

    Debtor.

Case No.: BK-S-09-16112-MKN

Chapter 13

**NOTICE OF MOTION TO AVOID LIEN**

Hearing Date: November 19, 2009
Hearing Time: 2:30 p.m.

TO:    ALL PARTIES IN INTEREST

    **NOTICE IS HEREBY GIVEN** that a **MOTION TO AVOID LIEN** was filed herein on October 20, 2009, by Randal R. Leonard, Esq. The hearing seeks to avoid liens.

    **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 15 days** after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served **no later than 5 business days** before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

>     If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

\\\

-1-

**NOTICE IF FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd S., Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, NV, 89101 on November 19, 2009 at the hour of 2:30 p.m..

Dated this 20th of October 2009.

/s/ *Randal R. Leonard, Esq.*
Randal R. Leonard, Esq.
Nevada Bar No. 006716
509 South Seventh Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtors

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2009, I sent via electronic means, and or first class mail, postage pre-paid, the foregoing **NOTICE OF MOTION & MOTION TO AVOID LIEN,** to the following:

*via electronic means:*

courtsecf3@las13.com
Kathleen Leavitt
*Chapter 13 Trustee*

claims@recoverycorp.com
Attn: Ramesh Singh
*Recovery Management Systems Corp. per Request for Special Service*

*via first class mail:*

CitiMortgage, Inc.
Acct xxxxxx2256-5
Attn: Bankruptcy Manager, Officer, Manager or General Agent
5280 Corporate Drive MC 0251
Frederick, MD 21703
*Secured Creditor CitiMortgage*

America's Servicing Company as Servicer for
One Home Campus MAC# X2302-045
Attn: Bankruptcy Manager, Officer, Manager or General Agent
Des Moines, IA 50328
*Secured Creditor HSBC Bank, USA*